```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-mj-00121-EFB |
|---|---|
| Plaintiff, | ) ORDER VACATING BENCH TRIAL AND ) SETTING CHANGE OF PLEA |
| v. | ) |
| VALERIE PANTOJA, | ) Date:  June 26, 2012 ) Time:  10:00 a.m. ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |

It is hereby ordered that the bench trial set for June 26, 2012, is vacated and a change of plea is set for July 30, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 25, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE