BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-00121-EFB |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE AND ORDER** |
| | ) | **TO ISSUE JUDICIAL SUMMONS** |
| v. | ) | **RE: PROBATION REVOCATION** |
| | ) | |
| VALERIE PANTOJA, | ) | |
| | ) | |
| Defendant. | ) | |

It is Hereby Ordered that the defendant appear on July 22, 2013, at 10:00 a.m. to show cause why the probation granted on July 30, 2012, should not be revoked for the defendant's failure to satisfy her court-ordered community service obligation. The Clerk's Office shall issue a summons directing the defendant to appear on July 22, 2013, at 10:00 a.m. in Courtroom No. 8.

IT IS SO ORDERED.

Dated: July 3, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE