```
BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-mj-00121-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER VACATING PROBATION REVOCATION HEARING |
| v. | AND EXTENDING DEFENDANT'S TERM OF COURT PROBATION |
| VALERIE PANTOJA, | DATE: July 29, 2013 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the probation revocation hearing scheduled for July 29, 2013 at 10:00 a.m. be vacated.  It is further ordered that Defendant's term of court probation, scheduled to terminate on July 30, 2013, be extended for a period of six weeks, and be set to terminate on September 10, 2013.

IT IS SO ORDERED.

Dated: July 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE